IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MONICA BELL,** *et al.*, | * | |
| Plaintiff | * | |
| v. | * | Case No.: RWT 09cv2054 |
| **VS MANAGEMENT OF MD, Inc.,** *et al.*, | * | |
| Defendants. | * | |

## ORDER

Upon consideration of Defendants VS Management of MD, Inc., Gary Silverman, and Michele Silverman's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Paper No. 20), the oppositions and replies thereto, and the arguments of counsel presented at the hearing conducted before the undersigned on June 17, 2010, it is, for the reasons stated on the record, this 17th day of June, 2010, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendants VS Management of MD, Inc., Gary Silverman, and Michele Silverman's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Paper No. 20) is **DENIED**; and it is further

**ORDERED**, that Defendants are **DIRECTED** to file an answer on or before July 16, 2010.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE